AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>**Tamillian Young**<br><br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.    2:25-cr-20337-SHL-tmp |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 27th, 2025 _____ in the county of _____ Shelby _____ in the _____ Western _____ District of _____ Tennessee _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1791 | Providing or Possessing Contraband in a Penal Facility |

This criminal complaint is based on these facts:

**Please see the attached Criminal Complaint.**

☑ Continued on the attached sheet.

_Complainant's signature_

Seth Preslar, DUSM, USMS
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ 10/29/2025 _____

_Judge's signature_

City and state: _____ Memphis, TN _____

Hon. Annie T. Christoff, U.S. Magistrate Judge
_Printed name and title_