# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, DUSM Seth Preslar, USMS, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Criminal Investigator with the United States Marshals Service and have been since August of 2023. I am a commissioned federal law enforcement officer of the United States Marshals Service. Deputy United States Marshals are empowered under Title 28, United States Code, Sections 564 and 566 to carry firearms, execute state and federal warrants, make arrests for offenses committed against the United States of America, and to perform other law enforcement duties as authorized by law. I started my law enforcement career in 2015. Prior to working for the United States Marshals Service, I was a Criminal Investigator for the Chester County Sheriff's Department. Prior to working for the Chester County Sheriff's Department, I was a Patrol Officer with the Jackson Police Department. During my time as a law enforcement officer, I participated in multiple violent crimes and other investigations.

2. I am currently assigned to the Western District of Tennessee. As part of my regular duties, I conducted criminal investigations into fugitives and individuals for violating laws of the United States and the State of Tennessee, which regularly involve establishing reasonable and probable cause of a crime. I also conduct investigations regarding the whereabouts of federal and state fugitives, most of whom are violent offenders with extensive criminal histories. Through my investigations, I have affirmed to search warrants, courts orders, and arrest warrants to conduct criminal investigations.

3. The following affidavit is made in support of a criminal complaint and arrest of Tamillian YOUNG for violations of 18 U.S.C. § 1791, Providing or Possessing Contraband in a Penal Facility. The information contained in this affidavit is based upon information obtained by the Affiant as well as information provided by other law enforcement officers. The information in this affidavit in this affidavit is provided to establish probable cause and does not contain every fact established during the investigation.

4. The following investigation was conducted by Deputy United States Marshal (DUSM) Seth Preslar and other law enforcement members on October 27th and October 28th, 2025, in the Western District of Tennessee.

## STATEMENT OF PROBABLE CAUSE

5. The Shelby County Division of Corrections, also known as "The Penal Farm", is located at 1045 Mullins Station Road in Memphis, Shelby County, Tennessee. The Shelby County Division of Corrections has an agreement with the United States Attorney General to provide housing for United States Marshal Service (USMS) detainees.

6. On October 27th, 2025, Tamillian YOUNG was a Correctional Officer at the Shelby County Division of Corrections. On the evening of October 27th, YOUNG arrived at the Shelby County Division of Corrections to begin her night shift. YOUNG was assigned to Golf Building which houses USMS detainees.

7. YOUNG entered the Shelby County Division of Corrections. Upon entering, investigators with the Shelby County Division of Corrections Office of Professional Standards (OPS) approached YOUNG. Due to being on the property of the penal facility, individuals to include employees, are subject to searches for their persons, property, belongings, and vehicles.

8. OPS investigators conducted a search of YOUNG'S person and belongings. During the search, contraband such as cigarettes, tobacco, approximately 18 individual oxycodone pills, and approximately 112.5 grams of marijuana[1] wrapped in duct tape were located concealed on her person and within her belongings. As part of my duties with the USMS, I am aware that all of these items are prohibited from the facility and constitute contraband at the point she possessed them.

9. A mirandized interview was later conducted with YOUNG. During the interview, YOUNG admitted to conspiring with USMS detainees and other individuals to introduce contraband into the Shelby County Division of Corrections. YOUNG told investigators that she had made several deliveries of contraband to federal detainees on prior occasions and that she had intended to deliver the contraband on her person to a federal inmate had she not been caught.

10. The United States Marshals Service houses an increasingly large number of federal detainees at the Shelby County Division of Corrections, as a direct result of the success of the Memphis Safe Street Task Force operating within Memphis, Tennessee. YOUNG's actions directly affect the operations and compromise the success of the Memphis Safe Street Task Force.

(space intentionally left blank)

---

[1] The substances were field tested but have yet been tested in a laboratory.

11. Based on the foregoing evidence, the Affiant asserts that probable cause exists that Tamillian YOUNG has violated 18 U.S.C. § 1791, Providing or Possessing Contraband in a Penal Facility.

Seth Preslar, Affiant
Deputy U.S. Marshal

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone. Sworn to and subscribed before me by telephone this the 29th day of October 2025.

HONORABLE ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF TENNESSEE