**CRUM**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. 25-20337 SHL |
| | ) | |
| v. | ) | 18 U.S.C. § 1791(a)(1) |
| | ) | 18 U.S.C. § 2243(b) |
| TAMILLIAN YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 27, 2025, in the Western District of Tennessee, the defendant,

**TAMILLIAN YOUNG**

provided and attempted to provide a prohibited object, to wit: marijuana, to an inmate of Shelby County Correctional Center, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, in violation of 18 U.S.C. §§ 1791(a)(1) and (b)(3).

## COUNT 2

On or about October 26, 2025, in the Western District of Tennessee, within the Shelby County Correctional Center, a facility in which persons are held in custody by direction of and pursuant to a contract and agreement with the Attorney General, the defendant,

**TAMILLIAN YOUNG**

did knowingly engaged in a sexual act, to wit: contact between he penis and the vulva, with the victim, who was at that time in official detention and under the custodial authority of the defendant, in that she was a Corrections Officer, in violation of 18 U.S.C. § 2243(b).

**A TRUE BILL:**

_____

**F O R E P E R S O N**

**DATED: November 20, 2025**

_____

**D. MICHAEL DUNAVANT**
**UNITED STATES ATTORNEY**
**WESTERN DISTRICT OF TENNESSEE**